UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 3 0 2010

Clerk, U.S. District and
Bankruptcy Courts

GEORGE GREGORY REDDICK,    )
   )
   Plaintiff,    )
   )
v.    )    Civil Action No.    10-2046
   )
DEPARTMENT OF DEFENSE, *et al.*,    )
   )
   Defendants.    )

## MEMORANDUM OPINION

This matter is before the Court upon consideration of plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The application will be granted, and the complaint will be dismissed.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff's complaint does not contain a short and plain statement of a claim that plaintiff

is entitled to the relief he seeks.  As drafted, neither the Court nor the named defendants can reasonably discern which claim or claims are made against which defendant or defendants.  For these reasons, the complaint will be dismissed for its failure to comply with Rule 8(a).  An Order consistent with this Memorandum Opinion is issued separately.

Rosemary M Coly

United States District Judge

DATE: 18 November 2010